ACCEPTED
15-24-00098-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 11:53 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/7/2025 11:53:44 AM
CHRISTOPHER A. PRINE
Clerk



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

March 7, 2025

Fifteenth Appellate District Clerk
Court of Appeals
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:   VACATION LETTER; *Arthur Arrit Chavason, M.D. v. Texas Medical Board*; Case No. 15-24-00098-CV; in the 15th District Court of Appeals, Austin.

Dear Clerk:

Please note that the undersigned attorney is scheduled for vacation from Wednesday, October 8, 2025, through and including Friday October 24, 2025.

I respectfully request that any hearings, trials, or discovery deadlines not be scheduled during this period.

Thank you for your courtesy and cooperation in this matter.

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Email: ted.ross@oag.texas.gov

Cc: Lee Bukstein, via e-service

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Ted Ross
Bar No. 24008890
jeff.lutz@oag.texas.gov
Envelope ID: 98197637
Filing Code Description: Letter
Filing Description: 2025 0307 Chavason Vacation Ltr Oct 2025
Status as of 3/7/2025 11:56 AM CST

Associated Case Party: Texas Medical Board

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 3/7/2025 11:53:44 AM | SENT |
| Ted A.Ross | | ted.ross@oag.texas.gov | 3/7/2025 11:53:44 AM | SENT |

Associated Case Party: ArthurArritChavason

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lee Bukstein | | buksteinlegalservices@gmail.com | 3/7/2025 11:53:44 AM | SENT |